1

2

3

4

5

6

7

8

9

FILED
CLERK, U.S. DISTRICT COURT

JUN 11 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )     Case No.: CR 08-00653-
                                       )                      AHM
11                  Plaintiff,         )
                                       )
12          vs.                        )     ORDER OF DETENTION AFTER HEARING
                                       )       [Fed.R.Crim.P. 32.1(a)(6);
13                                     )        18 U.S.C. 3143(a)]
                                       )
14  RUBEN JACINTO-HERNANDEZ,           )
                   Defendant.          )
15  _____ )

16

17

18      The defendant having been arrested in this District pursuant to

19  a warrant issued by the United States District Court for the

20  Central Dist. of CA   for alleged violation(s) of the terms and

21  conditions of his/her [probation] [supervised release]; and

22      The Court having conducted a detention hearing pursuant to

23  Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

24      The Court finds that:

25  A.    ☒   The defendant has not met his/her burden of establishing by

26         clear and convincing evidence that he/she is not likely to flee

27         if released under 18 U.S.C. § 3142(b) or (c).  This finding is

28         based on  nature of allegations + lack of background
                     information, community ties, also undocumented
                     and bail resources                        status

1

2

3

4   and/or

5   B.   ☒   The defendant has not met his/her burden of establishing by

6   clear and convincing evidence that he/she is not likely to pose

7   a danger to the safety of any other person or the community if

8   released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9   on: _criminal history_

10

11

12

13

14   IT THEREFORE IS ORDERED that the defendant be detained pending

15   the further revocation proceedings.

16

17   Dated: _June 11, 2012_

18

19                                    _Carla M Woehrle_

20                                    CARLA M. WOEHRLE
                                      UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28